LEO LOEB, Respondent, *v.* NATIONAL LEATHER BELTING COMPANY, INC., et al., Appellants.

*Contract — services — master and servant — action to recover upon contract of employment.*

*Loeb* v. *National Leather Belting Co., Inc.,* 208 App. Div. 775, affirmed.

(Argued June 6, 1924; decided July 5, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1924, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon an alleged contract of employment by the terms of which plaintiff was to receive a salary and a percentage of the profits of the business of the defendant National Leather Belting Company.

*David L. Podell* and *J. J. Podell* for appellants.

*William S. Gordon, Martin Paskus* and *Joseph C. Slaughter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.